Hayeman Appeal.

Argued January 10, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

442

reargument refused March 13, 1964.

*Robert D. Abrahams,* with him *Albert Momjian,* and *Abrahams & Loewenstein,* for appellant.

*Daniel B. Michie, Jr.,* with him *Ellen Q. Suria,* and *Fell & Spalding,* for appellee.

OPINION PER CURIAM, February 3, 1964:
Decree affirmed, costs to be paid out of the fund.